# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Sweet, Robert W | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge (Senior status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Federal Court House<br>500 Pearl St - Room 1920<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | Constitution Works |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 14 A 0:51 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. United Dominion Realty Trust | B | Dividend | K | T | | | | | |
| 2. Wyeth | A | Dividend | K | T | | | | | |
| 3. IBM | A | Dividend | K | T | | | | | |
| 4. Walt Disney Company | A | Dividend | K | T | | | | | |
| 5. AT&T Corp | A | Dividend | J | T | | | | | |
| 6. Avaya Inc | | None | J | T | | | | | |
| 7. Lucent Technologies | | None | | | Exch/give | 12/01 | J | | |
| 8. Alcatel -Lucent | | None | J | T | Exch/get | 12/01 | J | | |
| 9. 3M | B | Dividend | L | T | partial sale | 05/01 | J | C | |
| 10. 3M | | None | | | sell | 12/12 | J | B | |
| 11. Imation Corp | A | Dividend | J | T | | | | | |
| 12. Proctor & Gamble Co | B | Dividend | L | T | partial sale | 07/05 | J | B | |
| 13. Proctor & Gamble Co | | None | | | sell | 12/07 | J | C | |
| 14. General Electric Co. | A | Dividend | J | T | | | | | |
| 15. Agere Systems Inc | | None | J | T | | | | | |
| 16. Comcast Corp | | None | J | T | | | | | |
| 17. Smucker J M Company | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Reserve Treasury Fund | A | Dividend | | | sell | (b) | J | | |
| 19.   Capital Assets Fund | A | Dividend | J | T | (a) | | | | |
| 20.   Precision Castparts | B | Dividend | P1 | T | partial sale | 07/17 | L | F | |
| 21.   Wells Fargo Company | E | Dividend | N | T | | | | | |
| 22.   American Int'l Group | B | Dividend | M | T | | | | | |
| 23.   General Electric | C | Dividend | M | T | | | | | |
| 24.   Schlumberger Ltd | C | Dividend | N | T | partial sale | 07/17 | L | F | |
| 25.   Transocean Inc | | None | K | T | | | | | |
| 26.   Koninklijke Ahold NV | | None | | | sell | 07/17 | K | E | |
| 27.   US Treasury Bill due 8/17/06 | | None | | | buy | 02/17 | O | | |
| 28.   US Treasury Bill due 8/17/06 | A | Interest | | | partial sale | 04/07 | M | | |
| 29.   US Treasury Bill due 8/17/06 | E | Interest | | | mature | 08/17 | O | | |
| 30.   Fidelity Trust Co Int'l Money Market Fund | D | Interest | O | T | (a) | | | | |
| 31.   Knolls II Villa LP | | None | J | W | | | | | |
| 32.   Estes - Sheridan LP | | None | J | U | | | | | |
| 33.   NP Stratham LLC | | None | N | U | | | | | |
| 34.   NP Dover LP | D | Distribution | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  NP Nashua LLC | D | Distribution | J | U | | | | | |
| 36.  NP Fairhaven LLC | | None | J | U | | | | | |
| 37.  NP Hanson LLC | D | Distribution | J | U | | | | | |
| 38.  NP Portfolio Account LLC | F | Distribution | L | U | | | | | |
| 39.  NPS2 LLC | E | Distribution | M | U | | | | | |
| 40. | | | | | | | | | |
| 41.  Trust #1 (lines 42 - 90) | E | Distribution | P1 | T | (f) | | | | |
| 42.  Agnico Eagle Mines Ltd | | | | | sell | 11/14 | J | D | |
| 43.  American Electric Power | | | | | sell | 11/14 | J | B | |
| 44.  Burlington Northern | | | | | | | | | |
| 45.  Burlington Resources | | | | | merger/old | 03/20 | K | | |
| 46.  ConocpPhillips | | | | | merger/new | | | | |
| 47.  Conn Light & Power $2 pfd | | | | | sell | 11/14 | J | C | |
| 48.  Consolidated Edison of NY | | | | | sell | 11/14 | K | E | |
| 49.  Con Edison of NY $5 pfd | | | | | sell | 11/14 | J | C | |
| 50.  Delphi Corp | | | | | sell | 11/14 | J | | |
| 51.  Exxon Mobil Corp | | | | | partial sale | 11/15 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gencorp | | | | | sell | 11/14 | J | D | |
| 53. General Electric | | | | | | | | | |
| 54. General Motors | | | | | sell | 11/14 | J | C | |
| 55. Hartford Financial Services | | | | | | | | | |
| 56. ITT Industries | | | | | | | | | |
| 57. Kerr McGee Corp | | | | | sell | 08/11 | J | D | |
| 58. Omnova Solutions Inc | | | | | sell | 11/14 | J | A | |
| 59. Rayonier Inc | | | | | sell | 11/14 | J | D | |
| 60. Starwood Hotels & Resort | | | | | sell | 11/14 | K | D | |
| 61. Host Marriott | | | | | sell (c) | 04/11 | J | A | |
| 62. United Technologies | | | | | | | | | |
| 63. Wyeth | | | | | partial sale | 11/15 | J | D | |
| 64. Archer Daniels Midland | | | | | buy | 11/14 | J | | |
| 65. Archer Daniels Midland | | | | | sell | 12/18 | J | | |
| 66. Bear Stearns | | | | | buy | 11/14 | K | | |
| 67. Chicago Mercantile Exch | | | | | buy | 11/14 | J | | |
| 68. Cisco Systems | | | | | buy | 11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Citigroup | | | | | buy | 11/14 | J | | |
| 70. Directv Group | | | | | buy | 11/14 | J | | |
| 71. Forest Labs | | | | | buy | 11/24 | K | | |
| 72. Goldman Sachs Group Inc | | | | | buy | 11/14 | K | | |
| 73. Hewlett Packard | | | | | buy | 11/14 | K | | |
| 74. Intuit | | | | | buy | 11/14 | K | | |
| 75. Kohls | | | | | buy | 11/14 | K | | |
| 76. Kroger | | | | | buy | 12/19 | J | | |
| 77. Lehman Bros Holdings | | | | | buy | 11/14 | J | | |
| 78. Microsoft | | | | | buy | 11/14 | J | | |
| 79. Monsanto | | | | | buy | 11/14 | K | | |
| 80. Monsanto | | | | | sell | 11/27 | K | | |
| 81. Nordstrom | | | | | buy | 11/14 | J | | |
| 82. Nucor Corp | | | | | buy | 11/15 | K | | |
| 83. Nvidia | | | | | buy | 11/14 | J | | |
| 84. Office Depot | | | | | buy | 11/14 | J | | |
| 85. Qwest Comm | | | | | buy | 11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   Txu Corp | | | | | buy | 11/14 | J | | |
| 87.   SB Money Market Funds | | | | | (b) | | | | |
| 88.   Citibank NA Bank Deposit Program | | | | | (b) | | | | |
| 89.   CMA Money Fund | | | | | (a) | | | | |
| 90.   ML Bank Deposit Program | | | | | (b) | | | | |
| 91. | | | | | | | | | |
| 92.   Trust #2 (lines 93-130) | None | P2 | T | | (g) | | | | |
| 93.   USTB due 2/2/06 | | | | | mature | 02/02 | O | | |
| 94.   USTB due 06/15 | | | | | buy | 02/17 | P1 | | |
| 95.   USTB due 06/15 | | | | | partial sale | 04/19 | L | | |
| 96.   USTB due 06/15 | | | | | mature | 06/15 | P1 | | |
| 97.   USTN due 06/30/07 | | | | | buy | 07/07 | N | | |
| 98.   USTN due 01/11/07 | | | | | buy | 07/13 | N | | |
| 99.   USTN due 07/31/07 | | | | | buy | 07/13 | N | | |
| 100.  Lennar | | | | | buy | 01/24 | O | | |
| 101.  Lennar | | | | | sell | 02/02 | O | | |
| 102.  NW Global Partners LP | | | | | buy | 01/04 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. AIG Int'l Group | | | | | | | | | |
| 104. BP Amoco | | | | | | | | | |
| 105. Bristol Myers | | | | | | | | | |
| 106. Del Monte Foods Co | | | | | | | | | |
| 107. Dycom Industries | | | | | sell | 7/6 | M | | |
| 108. Dycom Industries | | | | | buy | 7/20 | L | | |
| 109. Dycom Industries | | | | | sell | 7/20 | L | | |
| 110. Exxon Mobil | | | | | partial sale | 7/17 | L | | |
| 111. Heinz, H.J. Co. | | | | | | | | | |
| 112. Ing Groep N V ADR | | | | | | | | | |
| 113. Kimberly Clark | | | | | | | | | |
| 114. Limited Brands | | | | | | | | | |
| 115. Mack Cali Realty Corp | | | | | | | | | |
| 116. Medco Health Solutions | | | | | | | | | |
| 117. Merck & Co. | | | | | | | | | |
| 118. Neenah Paper | | | | | sell | 7/17 | J | | |
| 119. Nokia Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pitney Bowes Inc | | | | | | | | | |
| 121. Raytheon Co | | | | | | | | | |
| 122. Schering-Plough | | | | | | | | | |
| 123. Symantec | | | | | partial sale | 10/02 | M | | |
| 124. Verizon | | | | | sell | 07/06 | L | | |
| 125. Verizon | | | | | buy | 07/20 | L | | |
| 126. Verizon | | | | | sell | 07/20 | L | | |
| 127. Washington Mutual | | | | | | | | | |
| 128. Chase Bank Money Market | | | | | (b) | | | | |
| 129. North Colorado Springs Land & Improvement Co. | | | | | | | | | |
| 130. Fiduciary Trust Int'l Money Market | | | | | (a) | | | | |
| 131. | | | | | | | | | |
| 132. Trust #3 (lines 133 - 154) | | None | P1 | W | (g) | | | | |
| 133. Fiduciary Trust Int'l Money Market | | | | | (a) | | | | |
| 134. Berkshire Hathaway | | | | | | | | | |
| 135. Estes - Sheridan LP | | | | | | | | | |
| 136. NP Strathan LLC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. NP Dover LLC | | | | | | | | | |
| 138. NP Nashua LLC | | | | | | | | | |
| 139. NP Fairhaven LLC | | | | | | | | | |
| 140. NP Hanson LLC | | | | | | | | | |
| 141. Northstar Quincy LLC | | | | | | | | | |
| 142. NP Portfolio Account LLC | | | | | | | | | |
| 143. NPS2 LLC | | | | | | | | | |
| 144. Koninklijke Ahold NV | | | | | | | | | |
| 145. USTB due 05/18 | | | | | buy | 02/17 | O | | |
| 146. USTB due 05/18 | | | | | mature | 05/18 | O | | |
| 147. USTB due 11/30/06 | | | | | buy | 06/01 | J | | |
| 148. USTB due 11/30/06 | | | | | partial sale | 07/19 | L | | |
| 149. USTB due 11/30/06 | | | | | mature | 11/30 | O | | |
| 150. USTB due 12/28/06 | | | | | buy | 07/07 | O | | |
| 151. USTB due 12/28/06 | | | | | sell | 07/19 | L | | |
| 152. Corning | | | | | buy | 07/06 | L | | |
| 153. Corning | | | | | sell | 08/02 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Motorola | | | | | buy | 07/06 | M | | |
| 155. | | | | | | | | | |
| 156. Citibank money market account | A | Interest | J | T | | | | | |
| 157. Citibank checking account | | None | J | T | | | | | |
| 158. JPMorgan Chase checking account | | None | J | T | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investements and Trusts

(a) = This is a money market type fund with shares remaining at a constant value of $1.00. Purchases and sales, with no gain or loss, were made throughout the year.

(b) = This is a money market type fund with shares remaining at a constant value of $1.00. Purchase and sales, with no gain or loss, were made throughout the year. All shares were sold prior to the end of the year.

(c) = Received in exchange for Starwood Hotels and Resorts CL B

(f) = Income beneficiary only.

(g) = Income beneficiary only without knowledge of gains/losses incurred on the sale or disposition of assets within the trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 5-8-07

NOTE: ANY [ ] ... S OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTION ... app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544